Charlie COOMER, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

Court of Appeals of Kentucky.

January 30, 1948.

Fritz Krueger for movant.

**Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant** Attorney General, opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

John Frederick VEELEY, Movant, v. COMMONWEALTH, Opposed.

Court of Appeals of Kentucky.

January 27, 1948.

Richard F. Lynch for movant.

Eldon S. Dummit, Attorney General, opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

Emory FLOYD, Appellant, v. COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

January 30, 1948.

Fritz Krueger for appellant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for appellee.

PER CURIAM.

Judgment of conviction for violation of the local option law imposing a fine of $100 and confinement in jail for 30 days.

Appeal denied; Judgment affirmed.